IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLARENCE SANDERS,              :
      Petitioner
                         :

      vs.                      :    CIVIL NO. 1:CV-07-1392

                         :

WARDEN T. R. SNIEZEK,
      Respondent              :

*O R D E R*

AND NOW, this 25th day of September, 2008, upon

consideration of the report (doc. 15) of the magistrate judge,

filed August 27, 2008, to which no objections were filed, and upon

independent review of the record, it is ordered that:

      1.  The magistrate judge's report is
adopted.

      2.  The petition for a writ of habeas
corpus (doc. 1) under 28 U.S.C. § 2241 is
denied.

      3.  The Clerk of Court shall close this
file.

                        /s/William W. Caldwell
                        William W. Caldwell
                        United States District Judge